1
2
3
4
5
6
7
8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOSEPH ROBINSON,                 No.  2:21-CV-1845-TLN-DMC

12          Plaintiff,

13       v.                       ORDER

14   BUTTE COUNTY, et al.,

15          Defendants.

16

17         Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the

18 Court is Plaintiff's motion, ECF No. 3, for the appointment of counsel, which Plaintiff has set for

19 hearing before the undersigned in Redding, California, on November 10, 2021, at 10:00 a.m.

20         The United States Supreme Court has ruled that district courts lack authority to

21 require counsel to represent indigent plaintiffs in civil actions.  See e.g. Mallard v. United States

22 Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may

23 request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  See Terrell v.

24 Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th

25 Cir. 1990).

26 / / /

27 / / /

28 / / /

                    1

1     Plaintiff contends appointment of counsel is warranted because he cannot afford

2 counsel and is untrained in the law.  See ECF No. 3.  Plaintiff also asserts "Ubi Jus Ibi

3 Remedium."  Id.  In the present case, and considering Plaintiff's argument, the Court does not

4 find Plaintiff has established exceptional circumstances.  The Court does find that Plaintiff's

5 complaint in this case and his filings prior actions demonstrate Plaintiff has the ability to

6 competently represent himself.

7     Accordingly, IT IS HEREBY ORDERED that:

8     1.    The hearing set for November 10, 2021, at 10:00 a.m., before the

9 undersigned in Redding, California, is vacated; and

10     2.    Plaintiff's motion for the appointment of counsel, ECF No. 3, is

11 denied.

12

13 Dated:  October 13, 2021

14                                             _____

15                                             DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2