**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROBINSON, | No.  2:21-CV-1845-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| BUTTE COUNTY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is the parties' stipulation, ECF No. 12, to extend the time for Defendants to file a response to Plaintiff's complaint.  Good cause appearing therefor, the parties' stipulation is approved. Defendants shall file a response to Plaintiff's complaint by January 10, 2022.

IT IS SO ORDERED.

Dated:  January 3, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1