**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROBINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>BUTTE COUNTY, et al.,<br><br>  Defendants. | No. 2:21-CV-1845-TLN-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Due to a conflict in the Court's schedule, the hearing on Defendants' amended motion to dismiss, ECF No. 17, is continued to February 16, 2022, at 10:00 a.m., before the undersigned in Redding California.

IT IS SO ORDERED.

Dated:  January 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1