IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON,<br><br>            Plaintiff,<br><br>      v.<br><br>BUTTE COUNTY, et al.,<br><br>            Defendants. | No.  2:21-CV-1845-TLN-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is the parties' stipulation, ECF No. 26, to continue the initial scheduling conference in this matter, currently set for February 23, 2022, before the undersigned in Redding, California, to March 16, 2022, to allow for hearing and decision on Defendants' motion to dismiss, currently set for February 16, 2022, before the undersigned in Redding, California.  Good cause appearing therefor, the parties' stipulation is approved to the extent the Court will vacate the scheduling conference currently set for February 23, 2022.  A scheduling conference will be re-set, if appropriate, following final ruling on the pending motion to dismiss, which remains on calendar

/ / /

/ / /

/ / /

/ / /

1

for hearing before the undersigned in Redding, California, on February 16, 2022, at 10:00 a.m.

        IT IS SO ORDERED.

Dated: January 19, 2022

                                      _____
                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE