IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BUTTE COUNTY, et al.,<br><br>　　　　Defendants. | No.  2:21-CV-1845-TLN-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 33, to set aside the vaccination requirement. This motion was resolved prior to the hearing held on February 16, 2022. The Clerk of the Court is, therefore, directed to terminate ECF No. 33 as a pending motion.

　　　　IT IS SO ORDERED.

Dated:  March 8, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1