UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>BUTTE COUNTY, et al.,<br><br>  Defendants. | No.  2:21-cv-01845-TLN-DMC<br><br>**ORDER** |

Plaintiff, who is proceeding *pro se*, brings this civil action.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 4, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 45.)  On June 21, 2022, Plaintiff filed untimely objections to the findings and recommendations.  (ECF No. 50.)  Defendants filed a reply to Plaintiff's objections (ECF No. 51), and Plaintiff filed a response to Defendants' reply (ECF No. 52).

Although the objections are untimely, in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 4, 2022 (ECF No. 45), are ADOPTED in full;

2. Defendants' Amended Motion to Dismiss (ECF No. 17) is GRANTED;

3. This action is DISMISSED in its entirety with prejudice;

4. Plaintiff's Motion for an Evidentiary Hearing (ECF No. 23) is DENIED as moot; and

5. The Clerk of the Court is directed to enter judgment and close this file.

**DATED: September 21, 2022**

Troy L. Nunley
United States District Judge

2