UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON,<br><br>           Plaintiff,<br><br>    v.<br><br>BUTTE COUNTY, et al.,<br><br>           Defendants. | No.  2:21-cv-01845-TLN-DMC<br><br>**ORDER** |

      Plaintiff, who is proceeding pro se, brought this civil action.  Final judgment has been entered and Plaintiff has appealed.

      The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether in forma pauperis status should continue on appeal or whether the appeal is frivolous or taken in bad faith, in which case in forma pauperis status would be revoked.  *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). Having reviewed the entire file, the Court concludes in forma pauperis status should be revoked because the appeal lacks merits for the reasons explained in the Magistrate Judge's May 4, 2022, findings and recommendations.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status should be revoked; and
2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

**DATED:  November 15, 2022**

Troy L. Nunley
United States District Judge